UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

            v.

ALEKSEY MANASHIR,

            Defendant.

**Consent Order of Restitution**

24 Cr. 563 (JSR)

Upon the application of the United States of America, by its attorney, Danielle R. Sassoon, United States Attorney for the Southern District of New York, Patrick R. Moroney, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Information; and all other proceedings in this case, it is hereby ORDERED:

**1.    Amount of Restitution**

Aleksey Manashir, the defendant, shall pay restitution to the Internal Revenue Service ("IRS") in the total amount of $449,691, pursuant to 18 U.S.C. §§ 3663(a)(3). Restitution is not joint and several with other defendants or with others not named herein. Before sentencing, the defendant paid $382,159 directly to the IRS, which shall be credited to his account pursuant to 18 U.S.C. § 3664(j)(2), such that the balance of restitution owed to the IRS is $67,532.

**2.    Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the total amount of restitution is due and payable immediately, pursuant to 18 U.S.C. § 3572(d)(1), upon entry of this judgment.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

### 3.    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed to: "United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier," as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order. The Clerk of Court shall disburse the defendant's restitution payments to:

IRS - RACS
Attn: Mail Stop 6261, Restitution
333 W. Pershing Ave.
Kansas City, MO 64108

### 4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

2

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue

until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

DANIELLE R. SASSOON
United States Attorney for the
Southern District of New York

By: _____          1/27/25
Patrick R. Moroney                    DATE
26 Federal Plaza, 37th Floor
New York, NY 10278
Tel.: (212) 637-2330

Aleksey Manashir

By: _____          1 – 2 7 – 2 5
Aleksey Manashir                      DATE

By: _____          1 – 2 7 – 2 5
Jeffrey Lichtman, Esq.                DATE
Attorney for Defendant Aleksey Manashir
441 Lexington Avenue, Suite 504
New York, NY 10017

SO ORDERED:

_____              1/27/25
HONORABLE JED S. RAKOFF               DATE
UNITED STATES DISTRICT JUDGE

3